IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK INGRAM

        Plaintiff,                No. 2:12-cv-0927 MCE CKD PS

    vs.

UNITED STATES OF AMERICA, et al.,

        Defendants.        ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent persons in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also requested the appointment of a guardian ad litem. In the absence of counsel, plaintiff may not proceed through a guardian ad litem, given the prior determination

/////

1

of plaintiff's incompetence. <u>See</u> Findings and Recommendations, filed April 30, 2012, dkt. no. 8.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to appoint guardian ad litem (dkt. no. 13) is denied; and

2. Plaintiff's request for appointment of counsel (dkt. no. 15) is denied.

Dated: June 14, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
ingram.usa.cou